ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
TIMOTHY RYAN, VIRGIL KING,
DANIEL VASQUEZ, ERICA SMITH,
and WILLIAM CARTER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA COUNTY et. al., <br><br> Defendants. | No.   C00-20345 RMW <br><br> [PROPOSED] ORDER EXCUSING DEFENDANTS FROM SETTLEMENT CONFERENCE |

Having considered the foregoing request and affidavit, and good cause appearing therefore, it is hereby ordered that Defendants Timothy Ryan, Virgil King, Daniel Vasquez, Erica Smith, and William Carter are excused from appearing at the September 26, 2008 settlement conference.

IT IS SO ORDERED.

Dated:  9/23/08

_____
HONORABLE NANDOR VADAS
United States Magistrate Judge

143500.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Excusing Defendants
From Settlement Conference                     1                        C00-20345 RMW