*E-FILED - 1/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No. C 00-20345 RMW (PR) |
| Plaintiff, | ) | ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE |
| vs. | ) | |
| SANTA CLARA COUNTY, et al., | ) | |
| Defendants. | ) | |

Plaintiff having requested and been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located by the Court,

IT IS HEREBY ORDERED THAT: Catherine B. Tyler and the law firm of Gibson, Dunn & Crutcher L.L.P., 555 Mission Street, Suite 3000, San Francisco, California 94105-2933, are appointed as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **March 13, 2009**, at 10:30 a.m. in Courtroom No. 6, Fourth Floor, 280 South First Street, San Jose, California, for the purpose of setting trial and pretrial dates.

1  No later than **March 6, 2009**, the parties shall file a joint case management statement
2  pursuant to Civil Local Rule 16-9.
3      Any request to reschedule the date of the conference must be made in writing upon
4  a showing of good cause, preferably by stipulation, and, if possible, not less than ten days
5  before the conference date.
6      Pursuant to the October 20, 2008 order, all proceedings in this matter will remain
7  stayed until **28 days** from the date this order is filed.
8      The Clerk shall add newly appointed counsel to the docket sheet and shall serve
9  this order upon them, as well as upon plaintiff.
10     IT IS SO ORDERED.

DATED: __1/13/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge