GIBSON, DUNN & CRUTCHER LLP
SCOTT A. FINK, SBN 83408,
SFink@gibsondunn.com
CATHERINE B. TYLER, SBN 241439,
CTyler@gibsondunn.com
RICHARD J. MCPALMER, SBN 244962,
RMcPalmer@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Plaintiff DAVID LITMON, JR.


ANN MILLER RAVEL, County Counsel, SBN 62139
MELISSA R. KINIYALOCTS, Deputy County Counsel, SBN 215814
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants COUNTY OF SANTA CLARA, TIMOTHY RYAN, VIRGIL KING, DANIEL VASQUEZ, ERICA SMITH, and WILLIAM CARTER

*E-FILED - 6/23/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>    Defendant. | CASE NO. C 00-20345 RMW (PR)<br><br>STIPULATION AND (~~PROPOSED~~) ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

Pursuant to ADR Local Rule 2-3 and Civil Local Rule 7-12, the parties submit the following STIPULATION AND (~~PROPOSED~~) ORDER:

1

WHEREAS this Court requested at the April 24, 2009 Case Management Conference that the parties meet and confer on referral of the instant matter to a settlement conference before a Magistrate Judge; and

WHEREAS the parties met and conferred and agreed to have the matter referred to Magistrate Judge James for the purpose of holding a settlement conference;

THE PARTIES HEREBY STIPULATE that the instant matter be referred to Magistrate Judge James for the purpose of holding a settlement conference at the earliest time convenient for the chambers of Magistrate Judge James. The Court continues the Case Management Conference to August 28, 2009. (rmw)

IT IS SO STIPULATED.

DATED: June 17, 2009

```
                                    GIBSON, DUNN & CRUTCHER LLP
                                    SCOTT A. FINK, SBN 83408
                                    CATHERINE B. TYLER, SBN 241439
                                    RICHARD J. MCPALMER, SBN 244962

                                              /s/ Catherine B. Tyler
                                    By:_____
                                         Catherine B. Tyler, SBN 241439

                                    Attorneys for Plaintiff DAVID LITMON, JR.


                                    OFFICE OF THE COUNTY COUNSEL
                                    ANN MILLER RAVEL, County Counsel, SBN 62139
                                    MELISSA R. KINIYALOCTS, Deputy County
                                    Counsel, SBN 215814

                                              /s/ Melissa Kiniyalocts
                                    By:_____
                                         Melissa Kiniyalocts, Deputy County Counsel, SBN
                                                        215814

                                    Attorney for Defendants COUNTY OF SANTA
                                    CLARA, TIMOTHY RYAN, VIRGIL KING, DANIEL
                                    VASQUEZ, ERICA SMITH, and WILLIAM CARTER
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/23/09

By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

<u>Attestation to Concurrence in Filing</u>

I, Richard J. McPalmer, am the ECF User whose identification and password are being used to file this Stipulation and (Proposed) Order, dated June 17, 2009.  Pursuant to General Order 45, § 10, I hereby ATTEST that concurrence in this filing has been obtained from all signatories to this document.

Dated: June 17, 2009

GIBSON, DUNN & CRUTCHER LLP

By: _____
Richard J. McPalmer, SBN 244962

Attorneys for Plaintiff DAVID LITMON, JR.

100677529_1.DOC