| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | SCOTT A. FINK, SBN 83408, |
| 2 | SFink@gibsondunn.com |
| | CATHERINE B. TYLER, SBN 241439, |
| 3 | CTyler@gibsondunn.com |
| | RICHARD J. MCPALMER, SBN 244962, |
| 4 | RMcPalmer@gibsondunn.com |
| | 555 Mission Street, Suite 3000 |
| 5 | San Francisco, California 94105-2933 |
| | Telephone: (415) 393-8200 |
| 6 | Facsimile: (415) 393-8306 |
| 7 | Attorneys for Plaintiff DAVID LITMON, JR. |

*E-FILED - 8/11/09*

ANN MILLER RAVEL, County Counsel, SBN 62139
MELISSA R. KINIYALOCTS, Deputy County Counsel, SBN 215814
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants COUNTY OF SANTA CLARA, TIMOTHY RYAN, VIRGIL KING, DANIEL VASQUEZ, ERICA SMITH, and WILLIAM CARTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., | CASE NO. C 00-20345 RMW (PR) |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following STIPULATION AND (PROPOSED) ORDER:

WHEREAS current counsel for Plaintiff were appointed by this Court on January 15, 2009. *See* Declaration of Richard J. McPalmer (McPalmer Decl.), ¶ 2.

WHEREAS an initial Case Management Conference was held on March 13, 2009. *See* McPalmer Decl. ¶ 3.

WHEREAS a further Case Management Conference was held on April 24, 2009. *See* McPalmer Decl. ¶ 4.

WHEREAS this Court requested at the April 24, 2009 Case Management Conference that the parties meet and confer on referral of the instant matter to a settlement conference before a Magistrate Judge. *See* McPalmer Decl. ¶ 5.

WHEREAS the parties thereafter met and conferred and agreed to have the matter referred to Magistrate Judge James for the purpose of holding a settlement conference. *See* McPalmer Decl. ¶ 6.

WHEREAS this Court entered an Order on June 23, 2009 (Docket No. 156) referring the matter to settlement conference before Magistrate Judge James and continuing a further Case Management Conference to August 28, 2009 which, presumably, would occur after the settlement conference. *See* McPalmer Decl. ¶ 7.

WHEREAS Magistrate Judge James entered an Order on July 14, 2009 (Docket No. 157) setting the matter for settlement conference on November 13, 2009. *See* McPalmer Decl. ¶ 8.

WHEREAS the parties await entry of a Stipulated Protective Order (Docket No. 154) to enable the exchange of further, limited discovery prior to the settlement conference. *See* McPalmer Decl. ¶ 9.

WHEREAS the parties have met and conferred and agreed to continue the further Case Management Conference to December 4, 2009 to allow for the completion of the settlement conference before Magistrate Judge James. *See* McPalmer Decl. ¶ 10.

///

///

///

///

///

1  THE PARTIES HEREBY STIPULATE that the further Case Management Conference
2  currently set for August 28, 2009 be continued to December 4, 2009.
3  IT IS SO STIPULATED.
4  DATED: July 28, 2009

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. FINK, SBN 83408
CATHERINE B. TYLER, SBN 241439
RICHARD J. MCPALMER, SBN 244962

By: /s/ Richard J. McPalmer
_____
Richard J. McPalmer, SBN 244962

Attorneys for Plaintiff DAVID LITMON, JR.


OFFICE OF THE COUNTY COUNSEL
ANN MILLER RAVEL, County Counsel, SBN 62139
MELISSA R. KINIYALOCTS, Deputy County Counsel, SBN 215814

By: /s/ Melissa Kiniyalocts
_____
Melissa Kiniyalocts, Deputy County Counsel, SBN 215814

Attorney for Defendants COUNTY OF SANTA CLARA, TIMOTHY RYAN, VIRGIL KING, DANIEL VASQUEZ, ERICA SMITH, and WILLIAM CARTER


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/11/09

By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

3
STIPULATION AND (~~PROPOSED~~) ORDER
CASE C 00-20345 RMW (PR)

<u>Attestation to Concurrence in Filing</u>

I, Richard J. McPalmer, am the ECF User whose identification and password are being used to file this Stipulation and (Proposed) Order, dated July 28, 2009. Pursuant to General Order 45, § 10, I hereby ATTEST that concurrence in this filing has been obtained from all signatories to this document.

Dated: July 28, 2009

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Richard J. McPalmer
Richard J. McPalmer, SBN 244962

Attorneys for Plaintiff DAVID LITMON, JR.

100701515_1.DOC