MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, TIMOTHY RYAN, VIRGIL KING, DANIEL VASQUEZ, ERICA SMITH, and WILLIAM CARTER

*E-FILED - 1/14/10*

CATHERINE TYLER, ESQ. (S.B. #241439)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200

Attorney for Plaintiff
DAVID LITMON, JR.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| DAVID LITMON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA COUNTY et al., <br><br> Defendants. | No. C00-20345 RMW <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, David Litmon ("Plaintiff") and Defendants County of Santa Clara, Timothy Ryan, Virgil King, Daniel Vasquez, Erica Smith, and William Carter ("Defendants"), hereby stipulate and agree to a binding Court order as follows:

Whereas on March 28, 2000 Plaintiff filed a complaint.

Whereas during the Settlement Conference on November 13, 2009 the parties entered into a global settlement agreement involving Case Nos. C00-20345, C03-2054, and C09-2158.

Whereas Plaintiff hereby dismisses with prejudice his Complaint on file herein (C00-20345) against the County.

Whereas Plaintiff and Defendant agree to waive any claim for costs and/or attorneys' fees against one another.

IT IS SO STIPULATED:

                                      GIBSON, DUNN & CRUTCHER LLP

Dated: January 8, 2010        By:    /S/
                                             CATHERINE TYLER, ESQ.

Attorney for Plaintiff
DAVID LITMON, JR.

MIGUEL MÁRQUEZ
Acting County Counsel

Dated: January 8, 2010        By:    /S/
                                             MELISSA R. KINIYALOCTS
Lead Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
TIMOTHY RYAN, VIRGIL KING,
DANIEL VASQUEZ, ERICA SMITH, and
WILLIAM CARTER

**ORDER**

IT IS SO ORDERED.

Dated: 1/14/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

235668.wpd